JUL 1 1 2019

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. |
| | ) | |
| v. | ) | **4:19CR00533 HEA/PLC** |
| | ) | |
| MEGAN LOWE and | ) | |
| KIMBERLY ANN BASLER, | ) | |
| | ) | |
| Defendants. | | |

### INDICTMENT

### COUNT I

The Grand Jury charges that:

On or about October 5, 2018, in Macon County, within the Eastern District of Missouri, the defendants,

**MEGAN LOWE and KIMBERLY ANN BASLER,**

did knowingly and intentionally distribute a controlled substance to E.O., a person whose identity is known to the Grand Jury, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2, and;

that E.O. suffered serious bodily injury as a result of the use of such controlled substance distributed by defendants, making the offense punishable under Title 21, United States Code, Section 841(b)(1)(C).

1

## COUNT II

The Grand Jury further charges that:

On or about October 5, 2018, in Macon County, within the Eastern District of Missouri, the defendants,

**MEGAN LOWE and KIMBERLY ANN BASLER,**

did knowingly and intentionally distribute a controlled substance to M.J., a person whose identity is known to the Grand Jury, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2, and;

that M.J. thereafter ingested the controlled substance distributed by defendants, and died as a result of the use of such controlled substance, making the offense punishable under Title 21, United States Code, Section 841(b)(1)(C).

A TRUE BILL.

_____

FOREPERSON

JEFFREY B. JENSEN
UNITED STATES ATTORNE

_____

SIRENA MILLER WISSLER #55374MO
Assistant United States Attorney
111 South 10th Street, 20th Floor
St. Louis, MO  63102